UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MIKE EDWIN ISERLOTH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV-16-114-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED that Judge Johnston's Findings and Recommendations are ADOPTED IN FULL.

　　　IT IS ORDERED that the Commissioner's Motion for Summary Judgment is DENIED.

　　　IT IS ORDERED that Iserloth's Motion for Summary Judgment is GRANTED.

　　　IT IS FURTHER ORDERED that Iserloth's claim is REMANDED to the Commissioner. The Commissioner shall instruct the ALJ to calculate and award benefits.

Dated this 29th day of November, 2017.

        TYLER P. GILMAN, CLERK

        By: /s/ S. Redding
            S. Redding, Deputy Clerk